UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

AYSHA DASILVIO, individually and on behalf of all others similarly situated,

  *Plaintiff,*

vs.

OLAY INC.,

  *Defendant,*

_____/

**Case No. 1:26-cv-00156**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Aysha Dasilvio to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Aysha Dasilvio, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: March 4, 2026

Respectfully Submitted,

**Shamis & Gentile, P.A.**
*/s/ Andrew Shamis*
Andrew J. Shamis, Esq.
Ohio Bar # 100846
ashamis@shamisgentile.com
14 NE 1st Ave., Suite 705
Miami, Florida 33132
Telephone: 305-479-2299

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 4, 2026 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

          By: */s/ Andrew Shamis*
             Andrew J. Shamis, Esq.